AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Marylou Quiacusen,

                Plaintiff,

v.

Silver State Health Services, Inc.,

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-02071-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in Plaintiff's favor. The Court enters default judgment against Defendant Silver State Health Services, Inc for Plaintiff's Marylou Quiacusen in the amount of THIRTY THOUSAND THREE HUNDRED AND SIXTY-FOUR DOLLARS ($30,364.00).

2/26/2024
Date

DEBRA K. KEMPI
Clerk

/s/ K. Burns
Deputy Clerk